**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 297 WAL 2018

       Respondent    :

   :    Petition for Allowance of Appeal from

   :    the Order of the Superior Court

       v.    :

   :

RICKY L. OLDS,    :

   :

       Petitioner    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 11th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.